# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 27, 2018

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

158198(39)

UNITED METHODIST RETIREMENT
COMMUNITIES, INC.,
         Petitioner-Appellant,

v

CITY OF CHELSEA,
         Respondent-Appellee.
_____/

SC: 158198
COA: 337998
MTT: 15-003171-R

On order of the Chief Justice, the motion of LeadingAge and LeadingAge of Michigan to file a brief amicus curiae is GRANTED. The amicus brief submitted on September 21, 2018, is accepted for filing.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 27, 2018



Clerk